# EXHIBIT A

| | |
|---|---|
| 1. ISSUE DATE: 8/26/2010 | |
| 2. FTCA DEEMING NOTICE NO.:<br>1-F00000413-10-1 | |
| 3. COVERAGE PERIOD:<br>FROM: 1/1/2011 THROUGH: 12/31/2011 | |
| 4. NOTICE TYPE: Renewal | DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH RESOURCES AND SERVICES ADMINISTRATION |
| 5a. ENTITY NAME AND ADDRESS:<br>BROCKTON NEIGHBORHOOD HEALTH CENTER<br>63 MAIN ST<br>BROCKTON, MA 02301-4042 | **HRSA**<br><br>NOTICE OF DEEMING ACTION |
| 5b. DBA NAME: | FEDERAL TORT CLAIMS ACT AUTHORIZATION:<br>Federally Supported Health Centers Assistance Act (FSHCAA), as amended,<br>Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n) |
| 6. ENTITY TYPE: Grantee | |
| 7. EXECUTIVE DIRECTOR:<br>Susan G Joss | |
| 8a. GRANTEE ORGANIZATION:<br>BROCKTON NEIGHBORHOOD HEALTH CENTER | |
| 8b. GRANT NUMBER: H80CS00560 | |

9. THIS ACTION IS BASED ON THE INFORMATION SUBMITTED TO, AND AS APPROVED BY HRSA, AS REQUIRED UNDER 42 U.S.C. § 233(h) FOR THE ABOVE TITLED ENTITY AND IS SUBJECT TO THE TERMS AND CONDITIONS INCORPORATED EITHER DIRECTLY OR BY REFERENCE IN THE FOLLOWING:

a. The authorizing program legislation cited above.
b. The program regulation cited above, and,
c. HRSA's FTCA-related policies and procedures.

In the event there are conflicting or otherwise inconsistent policies applicable to the program, the above order of precedence shall prevail.

Electronically signed by Jim Macrae, Associate Administrator for Primary Health Care on: 8/26/2010 8:49:18 AM

| FTCA DEEMING NOTICE NO.: | GRANT NUMBER: | |
|---|---|---|
| 1-F00000413-10-1 | H80CS00560 |  HRSA |

BROCKTON NEIGHBORHOOD HEALTH CENTER
63 MAIN ST
BROCKTON, MA 02301-4042

The Health Resources and Services Administration (HRSA), in accordance with the Federally Supported Health Centers Assistance Act (FSHCAA), as amended, Sections 224(g)-(n) of the Public Health Service (PHS) Act, 42 U.S.C. § 233(g)-(n), deems BROCKTON NEIGHBORHOOD HEALTH CENTER to be an employee of the PHS, for the purposes of section 224, effective 1/1/2011 through 12/31/2011.

Section 224(a) provides liability protection under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2672, or by alternative benefits provided by the United States where the availability of such benefits precludes a remedy under the FTCA, for damage for personal injury, including death, resulting from the performance of medical surgical, dental, or related functions by PHS employees while acting within the scope of such employment. This protection is exclusive of any other civil action or proceeding. Coverage extends to deemed entities and their (1) officers; (2) governing board members; (3) full- and part-time employees; and (4) contractors who are licensed or certified individual health care practitioners providing full-time services (i.e., on average at least 32½ hours per week for the entity for the period of the contract), or, if providing an average of less than 32½ hours per week of such service, is a licensed or certified provider in the fields of family practice, general internal medicine, general pediatrics, or obstetrics/gynecology. Volunteers are neither employees nor contractors and therefore are not eligible for FTCA coverage under FSHCAA.

In addition, FTCA coverage is comparable to an "occurrence" policy without a monetary cap. Therefore, any coverage limits that may be mandated by other organizations are met.

This action is based on the information provided in your FTCA deeming application, as required under 42 U.S.C. § 233(h), with regard to your entity's: (1) implementation of appropriate policies and procedures to reduce the risk of malpractice and litigation; (2) review and verification of professional credentials and privileges, references, claims history, fitness, professional review organization findings, and licensure status of health professionals; (3) cooperation with the Department of Justice (DOJ) in the defense of claims and actions to prevent claims in the future; and (4) cooperation with DOJ in providing information related to previous malpractice claims history.

Deemed health centers must continue to receive funding under Section 330 of the PHS Act, 42 U.S.C. § 254b, in order to maintain coverage as a deemed PHS employee. If the deemed entity loses its Section 330 funding, such coverage will end immediately upon termination of the grant. In addition to the relevant statutory and regulatory requirements, every deemed health center is expected to follow HRSA's FTCA-related policies and procedures, which may be found online at http://www.bphc.hrsa.gov.

For further information, please contact your HRSA Project Officer as listed on your Notice of Grant Award or the FTCA Help Line at 1-877-464-4772

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OSSEPHA SAINT CYR DESIR and JEAN DESIR *Each Individually and on Behalf of the Estate of G.D.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEWARD HEALTH CARE SYSTEMS, LLC, STEVEN OH, M.D., SOHEIL A. HANJANI, M.D., VIDA MIA RUIZ, C.N.M., and JACQUELINE GALLAGHER, P.A., <br><br> Defendants. | Civil Action No. 14-13629-DPW |

## CERTIFICATION OF UNITED STATES ATTORNEY

Pursuant to 28 U.S.C. § 2679(d)(1) and (2), and by the authority vested in me by 28 C.F.R. § 15.4, I hereby certify that on the basis of the information now available with respect to the incident referred to in the Complaint, the individually-named defendants, Dr. Soheil A. Hanjani, M.D. and Vida Mia Ruiz, C.N.M., were acting within the scope of their employment as employees of the United States at the time of the alleged incident. Their employer, Brockton Neighborhood Health Center, is a federally supported health center pursuant to the Federally Supported Health Centers Assistance Act of 1995 (42 U.S.C. § 233(g)(n)).

The Federally Supported Health Centers Assistance Act provides coverage to federally supported health centers and its employees for acts or omissions which occurred on or after 1995, or when the health center was deemed eligible for coverage, whichever was later. Brockton Neighborhood Health Center was deemed eligible for Federal Tort Claims Act coverage on January 1, 2011, and coverage continues to the present. Accordingly, Brockton Neighborhood Health Center's employees are deemed to be federal employees acting within the scope of their

employment for acts and omissions that occurred after that date. In this case, the Complaint alleges wrongful acts which took place on or about October 22, 2011.

Respectfully submitted:

*/s/ Carmen M. Ortiz*

CARMEN M. ORTIZ
United States Attorney
District of Massachusetts
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: September 24, 2014

2